UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | No. 12 B 48451 |
| KISHAN N. PATEL, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Hon. Pamela S. Hollis |

**DEBTOR'S MOTION TO APPROVE INTERIM ORDER TO (A) USE CASH COLLATERAL, (B) CONTINUE TO USE PREEXISTING BUSINESS FORMS, (C) CONTINUE TO USE CASH MANAGEMENT SYSTEM, (D) PAY TRADE VENDORS, (E) DIRECT APPLICABLE FINANCIAL INSTITUTIONS TO RECEIVE, PROCESS, HONOR AND PAY ALL CHECKS AND ITEMS PRESENTED FOR PAYMENT AND TO HONOR ALL ELECTRONIC PAYMENT REQUESTS MADE BY THE DEBTOR RELATING TO THE FOREGOING, AND (F) GRANT SUPERPRIORITY STATUS TO POST-PETITION INTERCOMPANY CLAIMS**

KISHAN N. PATEL, as a debtor and debtor-in-possession, and through his undersigned counsel, files this Motion to Approve Interim Order to (A) Use Cash Collateral, (B) Continue to Use Preexisting Business Forms, (C) Continue to Use Cash Management System, (D) Pay Trade Vendors, (E) Direct Applicable Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment and to Honor All Electronic Payment Requests Made by the Debtor Relating to the Foregoing, and (F) Grant Superpriority Status to Post-Petition Intercompany Claims and states as follows:

1.

On December 11, 2012 (the "Petition Date"), the Debtor commenced its reorganization case by filing a voluntary petition for relief under Chapter 11 of Title 11, U.S.C. §§ 101-1330 (the "Bankruptcy Code").

2.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.

The Debtor is an individual residing in Glenview, Illinois who works as an insurance agent for New York Life Insurance Company. The Debtor's signed guarantees on several failed real estate projects led to large judgments and attachments. The supplemental proceedings garnished large portions of Debtor's monthly income.

4.

Garnishments by the largest unsecured creditor, United Central Bank, led to the attachment of Debtor's accounts at Chase Bank. United Central Bank filed a wage deduction order against Debtor's employer, New York Life Insurance Company.

5.

The secured creditors are Chase Bank and Glenview State Bank. Chase Bank has adequate protection for its $150,000 claim against the Debtor's residence which is valued at $655,200. Glenview State Bank has adequate protection for its automobile loan which has a balance of $8,000 against a market value of $10,000.

6.

The Debtor needs to use cash collateral to restart and maintain his career in the insurance business. The Debtor has an office and travels extensively promoting his services and earning fees as an insurance agent for New York Life.

7.

This motion is supported by the Declaration of Paul Caghan.  (*See* **Exhibit A**, *Declaration of Paul Caghan*)

**WHEREFORE**, the Debtor requests that this Honorable Court Approve Interim Order to (A) Use Cash Collateral, (B) Continue to Use Preexisting Business Forms, (C) Continue to Use Cash Management System, (D) Pay Trade Vendors, (E) Direct Applicable Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment and to Honor All Electronic Payment Requests Made by the Debtor Relating to the Foregoing, and (F) Grant Superpriority Status to Post-Petition Intercompany Claims, and such further relief as may be necessary.

**DEBTOR**
**KISHAN N. PATEL**

By:    /s/ Paul Caghan
          His Attorney

PAUL CAGHAN (A.R.D.C. No. 3123213)
**PAUL CAGHAN, P.C.**
2506 N. Clark  St.
Chicago, IL 60614
(773) 469-8724

3

## NOTICE OF FILING

TO:    See Certificate of Service.

**YOU ARE HEREBY NOTIFIED** that the Debtor filed with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, on December 11, 2012, by ECF, the **Debtor's Motion to Approve Interim Order and Further Relief**, a copy of which is attached and served upon you through Electronic Court Filing.

/s/: Paul Caghan

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the foregoing instrument by ECF Court Electronic Transmission or by mail, proper postage prepaid, a true and correct copy of the foregoing to all parties of record and to all creditors as below, this 11th day of December, 2012.

Chase Bank
10 S. Dearborn #1
Chicago, IL 60603

Glenview State Bank
800 Waukegan Rd.
Glenview, IL 60025

United Central Bank
Boodell & Domanskis LLC
353 N. Clark
Chicago, IL 60654

National Republic Bank
Smith Amundsen LLC
150 N. Michigan #3300
Chicago, IL 60601

Usha Patel
705 Pfingsten Rd.
Glenview, IL 60025

Rupal Patel
11805 Borum Ave.
Tustin, CA 92782

Jyotsha Patel
1200 Shermer Rd.
Glenview, IL 60025

FirstSecure Bank
Kent Maynard & Assoc.
17 N. State #1700
Chicago, IL 60602

CRE Venture
Chuhak & Tecson PC
30 S. Wacker #2600
Chicago, IL 60606

Devon Management
2651 W. Devon
First Floor
Chicago, IL 60659

Sangita A. Patel
4400 Hurley Ct.
Beltsville, MD 20705

Hemlata Patel
10 Beacon Hill Drive
South Barrington, IL 60010

Anilkumar D. Patel
1537 South Gate Rd.
Bartlett, IL 60103

Office of the U.S. Trustee
219 S. Dearborn
Chicago, IL 60604

                              /s/: Paul Caghan