UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                             )
                                                  )      No.  12  B  48451
KISHAN N. PATEL,                                  )
                                                  )      Chapter 7
                          Debtor.                 )

**FINAL REPORT AND ACCOUNT OF THE
CHAPTER 11 ESTATE OF KISHAN N. PATEL**

The debtor by counsel submits the following Final Report and Account of the Chapter 11

Estate of Kishan N. Patel:

***Assets of the Chapter 11 Estate including Entites in which Kishan N. Patel holds a substantial
or controlling interest:***

| Name of Entity | Interest of the Estate | Tab No. |
|---|---|---|
| Kishan Patel Insurance Services Inc. | $   1,000 | 1 |
| Chase Bank Account # 437680460 | $    - 0 - | 2 |
| Chase Bank Account # 420903606 | $    - 0 - | 3 |
| New York Life Insurance Company – Whole Life Policy # 45224260 | $   9,910 | 4 |
| New York Life Insurance Company – Whole Life Policy # 43838702 | $  12,316 | 5 |
| New York Life Insurance Company – Whole Life Policy # 47071952 | $  14,207 | 6 |

The undersigned, having reviewed the above listing of assets and entities in which the estate of Kishan N. Patel holds a substantial or controlling interest, and the Tabs appended thereto, and being familiar with the Debtor's financial affairs, verifies under penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date:      September 30, 2013

_____
Signature of Authorized Individual

_____Paul Caghan_____
Name of Authorized Individual

_____Attorney for Kishan N. Patel_____
Title of Authorized Individual

_____
Signature of Debtor (Individual)

_____
Signature of Debtor

PAUL CAGHAN (A.R.D.C. No. 3123213)
**PAUL CAGHAN, P.C.**
South Barrington Executive Center
20 Executive Court, Suite 1
South Barrington, Illinois 60010
(773) 469-8724

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the foregoing instrument by ECF Court Electronic Transmission or by mail, proper postage prepaid, a true and correct copy of the foregoing to all parties of record, this 2nd day of October, 2013.

**Andrew J Abrams**
Boodell & Domanskis,
LLC
353 N. Clark St.
Suite 1800
Chicago, IL 60654
312-938-4070
312-540-1162 (fax)
aabrams@boodlaw.com
*Assigned: 12/14/2012*

representing

**United Central Bank**
Boodell & Domanskis, LLC
353 North Clark Steet
Suite 1800
Chicago, IL 60654
312-938-4070
aabrams@boodlaw.com
*(Creditor)*

**Paul Caghan**
Paul Caghan PC
2506 N Clark St Ste 305
Chicago, IL 60614
773 469-8724
caghan@ameritech.net
*Assigned: 12/11/2012*

representing

**Kishan N Patel**
2761 Manu Ct.
Glenview, IL 60025
*(Debtor)*

**Ean L Kryska**
SmithAmundsen LLC
150 N Michigan Ave Suite
3300
Chicago, IL 60601
312 894-3369
312 894-3210 (fax)
ekryska@salawus.com
*Assigned: 01/18/2013*

representing

**The National Republic Bank of Chicago**
SmithAmundsen LLC
c/o Ean L. Kryska
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601
3128943200
3128943210 (fax)
ekryska@salawus.com
*(Creditor)*

**Kevin R Purtill**
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite
2600
Chicago, IL 60606
(312) - 4449300 Ext. 4125
kpurtill@chuhak.com
*Assigned: 01/21/2013*

representing

**CRE Venture 11-00001, LLC as assignee to the FDIC, Receiver for Ravenswood Bank**
Chuhak & Tecson, P.C. c/o Kevin Purtill
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606
3124449300
3124449027 (fax)

kpurtill@chuhak.com
*(Creditor)*

/s/: Paul Caghan

PAUL CAGHAN (A.R.D.C. No. 3123213)
**PAUL CAGHAN, P.C.**
South Barrington Executive Center
20 Executive Court, Suite 1
South Barrington, Illinois 60010
(773) 469-8724

**TAB 1**
**Exhibit A**

**<u>Valuation Estimates</u>**

| Entity | | Valuation | Method of Valuation |
|---|---|---|---|
| 1 | Kishan Patel Insurance Services Inc. | $ 1,000 | Initial Capitalization |

**TAB 1**
**Exhibit B**

**<u>Description of Operations</u>**

     The entity Kishan N. Patel Insurance Service Inc. was incorporated in Illinois on August 29, 2011.   According to the FY 2011 Form 1120S, the sum of thirty thousand ($30,000) dollars was gross receipts in FY 2011.  This accounting entry was not funded by the Debtor pre-Petition. The corporation does not conduct business at this time.  The corporation had ordinary business income of $2,325 in FY 2011 according to the Form 1120S for that year.

**TAB 2**
**Exhibit A**

**<u>Valuation Estimates</u>**

| *Entity* | | *<u>Valuation</u>* | *<u>Method of Valuation</u>* |
|---|---|---|---|
| 2 | Chase Bank Account<br># 437680460 | - 0 - | Balance as of 09/30/2013 |

**TAB 2**
**Exhibit B**

## Description of Operations

This Chase Bank account # 437680460 of the Debtor pre-Petition was seized through citation proceedings conducted by United Central Bank in the civil action entitled *United Central Bank v. Homewood Hospitality Incorporated*, Case No. 10 C 4718, pending before the Hon. Edmond Chang, United States District Court for the Northern District of Illinois, Eastern Division.  On April 25, 2012, judgment was entered against Kishan N. Patel in the amount of $4,060,452.56.

The U.S. Bankruptcy Court, the Hon. Pamela S. Hollis presiding, ordered that the funds in this account be turned over to the secured creditor United Central Bank.

**TAB 3**
**Exhibit A**

**<u>Valuation Estimates</u>**

| *Entity* | | *<u>Valuation</u>* | *<u>Method of Valuation</u>* |
|---|---|---|---|
| 3 | Chase Bank Account<br># 420903606 | $   - 0 - | Balance as of 09/30/2013 |

**TAB 3**
**Exhibit B**

**<u>Description of Operations</u>**

This Chase Bank Account # 420903606 of the Debtor pre-Petition was seized through citation proceedings conducted by United Central Bank in the civil action entitled *United Central Bank v. Homewood Hospitality Incorporated*, Case No. 10 C 4718, pending before the Hon. Edmond Chang, United States District Court for the Northern District of Illinois, Eastern Division.  On April 25, 2012, judgment was entered against Kishan N. Patel in the amount of $4,060,452.56.

The U.S. Bankruptcy Court, the Hon. Pamela S. Hollis presiding, ordered that the funds in this account be turned over to the secured creditor United Central Bank.

**TAB 4**
**Exhibit A**

**<u>Valuation Estimates</u>**

| Entity | | Valuation | Method of Valuation |
|---|---|---|---|
| 4 | New York Life Insurance Company – Whole Life Policy # 45224260 | $  9,910 | Net Cash Value |

**TAB 4**
**Exhibit B**

**<u>Description of Operations</u>**

New York Life Policy # 45224260 is a whole life policy with a face amount of $250,000 and annual premium amount of $3,243.30.  The policy has a policy cash value of $46,082 and paid-up additions of $9,230.  The outstanding loan amount on the policy is $47,247 with loan interest due as of September 2012 in the amount of $662. The net cash value is $9,910.

**TAB 4**
**Exhibit B**

**<u>Description of Operations</u>**

New York Life Policy # 45224260 is a whole life policy with a face amount of $250,000 and annual premium amount of $3,243.30. The policy has a policy cash value of $46,082 and paid-up additions of $9,230. The outstanding loan amount on the policy is $47,247 with loan interest due as of September 2012 in the amount of $662. The net cash value is $9,910.

**TAB 5**
**Exhibit A**

**Valuation Estimates**

| *Entity* | | *Valuation* | *Method of Valuation* |
|---|---|---|---|
| 5 | New York Life Insurance Company – Whole Life Policy # 43838702 | $  12,316 | Net Cash Value |

**TAB 5**
**Exhibit B**

**Description of Operations**

New York Life Policy # 43838702 is a whole life policy with a face amount of $100,000 and monthly premium amount of $80.50.  The policy has a policy cash value of $21,483 and paid-up additions of $5,688.  The outstanding loan amount on the policy is $15,675 with loan interest due as of September 2012 in the amount of $73. The net cash value is $12,316.

**TAB 6**
**Exhibit A**

**<u>Valuation Estimates</u>**

| *Entity* | *<u>Valuation</u>* | *<u>Method of Valuation</u>* |
|---|---|---|
| 6    New York Life Insurance Company – Whole Life Policy # 47071952 | $   14,208 | Net Cash Value |

**TAB 6**
**Exhibit B**

## Description of Operations

New York Life Policy # 47071952 is a whole life policy with a face amount of $1,000,000 and semi-annual premium amount of $6,836.  The policy has a policy cash value of $139,000 and paid-up additions of $8,158.  The outstanding loan amount on the policy is $140,036 with loan interest due as of September 2012 in the amount of $7,248. The net cash value is $14,207.

**DEBTOR**
**KISHAN N. PATEL**


By:    /s/ Paul Caghan
         His Attorney


PAUL CAGHAN (A.R.D.C. No. 3123213)
**PAUL CAGHAN, P.C.**
South Barrington Executive Center
20 Executive Court, Suite 1
South Barrington, Illinois 60010
(773) 469-8724