# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: KISHAN N. PATEL

Case No. 12-48451
Hon. PAMELA S. HOLLIS
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/08/2014 in Courtroom 644, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Clerk U. S. Bankruptcy Court
                                     (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF**  ILLINOIS
EASTERN DIVISION

In re:  KISHAN N. PATEL           § Case No. 12-48451
                                  § Hon. PAMELA S. HOLLIS
                                  § Chapter 7
                                  §
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $47,635.29 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $47,635.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $47,635.29 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $5,513.53 | $0.00 | $5,513.53 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $8.08 | $0.00 | $8.08 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---|---|---|
| *Charges,* U.S. Bankruptcy Court | | | |
| *Fees,* United States Trustee | | | |
| Other | $325.00 | $0.00 | $325.00 |

Total to be paid for chapter 7 administrative expenses:  $5,846.61
Remaining balance:  $41,788.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* GREGORY K. STERN, LLC (CLAIM 8) | $5,942.50 | $0.00 | $5,942.50 |
| *Attorney for Debtor, Expenses* GREGORY K. STERN, LLC (CLAIM 8) | $34.22 | $0.00 | $34.22 |
| *Attorney for* , Fees | | | |
| *Attorney for* , Expenses | | | |
| *Accountant for* , Fees | | | |
| *Accountant for* , Expenses | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses:  $5,976.72
Remaining balance:  $35,811.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling  $0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | CLAIMS 8,9 (STERN, UST) INCLUDED ABOVE | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $35,811.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,060,541.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $3,174.58 | $0.00 | $22.47 |
| 3 | First Secure Bank & Trust | $656,501.93 | $0.00 | $4,645.87 |
| 5 | United Central Bank | $3,486,978.53 | $0.00 | $24,676.31 |
| 7 | National Republic Bank | $913,886.68 | $0.00 | $6,467.31 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $35,811.96 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
                       Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-48451-PSH
Kishan N Patel  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman     Page 1 of 2     Date Rcvd: Jun 10, 2014
                    Form ID: pdf006    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2014.

```
db           +Kishan N Patel,    2761 Manu Ct.,    Glenview, IL 60026-1077
19802779     +Anilkumar D. Patel,    1537 South Gate Rd.,    Bartlett, IL 60103-2061
19806426     +CRE Venture,    Chuhak & Tecson PC,    30 S. Wacker #2600,    Chicago, IL 60606-7512
20746002     +CRE Venture 2011-1, LLC as assignee to the FDIC,    Receiver for Ravenswood Bank,
               Chuhak & Tecson,P.C. c/o Kevin Purtill,    30 S. Wacker Drive, Ste.2600,    Chicago, IL 60606-7512
20746000     +CRE Venture 20111-1, LLC as assignee to the FDIC,    Chuhak & Tecson, P.C. c/o Kevin Purtill,
               30 S. Wacker Drive, Suite 2600,    Chicago, IL 60606-7512
19802772     +CREVenture,    Chuhak & Tecson PC,    30 S, Wacker #2600,    Chicago, IL 60606-7512
19802755     +Chase Bank,    10 S. Dearborn #1,    Chicago, IL 60603-2318
19802774     +Devon Management,    2651 W. Devon,    First Floor,    Chicago, IL 60659-1830
19806425     +FirstSecure Bank,    Kent Maynard & Assoc.,    17 N. State #1700,    Chicago, IL 60602-3293
19802771     +FirstSecure Bank & Trust Co,    Kent Maynard & Associates, LLC,    17 N. State #1700,
               Chicago, IL 60602-3293
20967346     +Gregory K. Stern, P.C.,    53 West Jackson, Suite 1442,    Chicago, IL 60604-3536
19802778     +Hemlata Patel,    10 Beacon Hill Drive,    South Barrington, IL 60010-5327
20062930    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Dept. of Revenue,    P.O. Box 1040,
               Galesburg, IL 61402-1040)
19893073     +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
19802770     +Jyotsha Patel,    1200 Shermer Rd.,    Glenview, IL 60025-2734
19802757     +National Republic Bank,    Smith Amundsen,    150 N. Michigan #3300,    Chicago, IL 60601-6004
19802775     +Office Lease,    2651 W. Devon,    Chicago, IL 60659-1830
19802769     +Rupal Patel,    11805 Borum Ave,    Tustin, CA 92782-5107
19802777     +Sangita A. Patel,    4400 Hurley Ct.,    Beltsville, MD 20705-1171
20752265     +The National Republic Bank of Chicago,    Craig A Goode,Smith Amundsen LLC,
               150 North Michigan Ave suite 3300,    Chicago,IL 60601-6004
19802776     +United Central Bank,    C/O Andrew J Abrams,    Boodell & Domanskis, LLC,
               353 N. Clark Street Suite 1800,    Chicago, IL 60654-3455
19802773     +United Central Bank,    Boodell & Domanskis LLC,    353 N. Clark,    Chicago, IL 60654-4704
19806422     +Usha Patel,    705 Pfingsten Rd.,    Glenview, IL 60025-3939
19802768     +Usha Patel,    705 PfingstenRd.,    Glenview, ll,  60025-3939
19802780     +Veenod Patel,    2761 Manu Ct.,    Glenview, IL 60026-1077
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19849369      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 11 2014 01:13:26      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19802756     +E-mail/Text: bankruptcy@gsb.com Jun 11 2014 00:54:54      Glenview State Bank,    800 Waukegan Rd.,
               Glenview, IL 60025-4310
20062929      E-mail/Text: cio.bncmail@irs.gov Jun 11 2014 00:53:41      Internal Revenue Service,
               Fresno, CA 93888-0015
21283023     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 11 2014 00:54:08      Office of the U.S. Trustee,
               219 S Dearborn St.,    Room 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
19806430*    +Anilkumar D. Patel,    1537 South Gate Rd.,    Bartlett, IL 60103-2061
19806418*    +Chase Bank,    10 S. Dearborn #1,    Chicago, IL 60603-2318
19806427*    +Devon Management,    2651 W. Devon,    First Floor,    Chicago, IL 60659-1830
19806419*    +Glenview State Bank,    800 Waukegan Rd.,    Glenview, IL 60025-4310
19806429*    +Hemlata Patel,    10 Beacon Hill Drive,    South Barrington, IL 60010-5327
19806424*    +Jyotsha Patel,    1200 Shermer Rd.,    Glenview, IL 60025-2734
19806421*    +National Republic Bank,    Smith Amundsen LLC,    150 N. Michigan #3300,    Chicago, IL 60601-7621
19806423*    +Rupal Patel,    11805 Borum Ave.,    Tustin, CA 92782-5107
19806428*    +Sangita A. Patel,    4400 Hurley Ct.,    Beltsville, MD 20705-1171
19806420*    +United Central Bank,    Boodell & Domanskis LLC,    353 N. Clark,    Chicago, IL 60654-4704
                                                                                         TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: froman              Page 2 of 2                  Date Rcvd: Jun 10, 2014
                              Form ID: pdf006           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2014                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2014 at the address(es) listed below:
              Allan J DeMars    alland1023@aol.com
              Andrew J Abrams    on behalf of Creditor   United Central Bank aabrams@boodlaw.com,
               bjabaay@boodlaw.com
              Arnold H. Landis    on behalf of Creditor   Glenview State Bank arnoldlandis1@ameritech.net,
               jglandislaw@yahoo.com;cle@ameritech.net;skarova@ameritech.net;bryanthompson@ameritech.net;skarova
               @landislaw.net;bthompson@landislaw.net;cle@landislaw.net;scontini@landislaw.net
              Craig A Goode    on behalf of Creditor   The National Republic Bank of Chicago cgoode@salawus.com
              Ean L Kryska    on behalf of Creditor   The National Republic Bank of Chicago ean.kryska@abm.com
              Gregory K Stern    on behalf of Creditor Gregory K. Stern gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Kent Maynard    on behalf of Creditor   FirstSecure Bank and Trust Company f/k/a Family Bank and
               Trust Company kentmaynard@kentmaynard.com
              Kevin R Purtill    on behalf of Creditor   CRE Venture 2011-1, LLC as assignee to the FDIC,
               Receiver for Ravenswood Bank kpurtill@chuhak.com, nmatthiscyk@chuhak.com
              Nisha B Parikh    on behalf of Creditor   JPMorgan Chase, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul  Caghan    on behalf of Debtor Kishan N Patel caghan@ameritech.net
              Paul  Caghan    on behalf of Attorney Paul  Caghan caghan@ameritech.net
                                                                                             TOTAL: 12
```