**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN DIVISION

| In re: KISHAN N. PATEL | § | Case No. 12-48451 |
|---|---|---|
| | § | Hon. PAMELA S. HOLLIS |
| | § | Chapter 7 |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $353,348.62 | Assets Exempt: | $64,233.00 |
| Total Distributions to Claimants: | $35,811.96 | Claims Discharged Without Payment: | $6,134,889.76 |
| Total Expenses of Administration: | $11,823.33 | | |

3) Total gross receipts of $47,635.29 (see **Exhibit 1)**, minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2** ), yielded net receipts of $47,635.29 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $557,160.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,521.71 | $5,521.71 | $5,521.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $6,301.72 | $6,301.72 | $6,301.72 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $86,400.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $6,304,674.00 | $5,060,541.72 | $5,060,541.72 | $35,811.96 |
| **TOTAL DISBURSEMENTS** | $6,948,234.00 | $5,072,365.15 | $5,072,365.15 | $47,635.39 |

4) This case was originally filed under chapter 7 on 12/11/2012 & was converted to chapter 7 on 08/29/2013. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/06/2014 By: /s/ ALLAN J. DeMARS
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| turn over of commissions earned during chapter 11 | 1290-000 | $28,239.37 |
| turn over of d.i.p. funds | 1290-010 | $9,395.63 |
| return of insider preference | 1241-000 | $10,000.00 |
| interest on invested funds | 1270-000 | $0.29 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $47,635.29 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | NONE | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank | 4110-000 | $150,000.00 | $0.00 | $0.00 | $0.00 |
| | Glenview State Bank | 4210-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| | CRE Venture 2011-1, LLC | 4120-000 | $399,160.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $557,160.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN J. DeMARS | 2100-000 | N/A | $5,513.63 | $5,513.63 | $5,513.63 |
| ALLAN J. DeMARS | 2200-000 | N/A | $8.08 | $8.08 | $8.08 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,521.71 | $5,521.71 | $5,521.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregory K Stern LLC | 3701-000 | N/A | $5,942.50 | $5,942.50 | $5,942.50 |
| Gregory K Stern LLC | 3702-000 | N/A | $34.22 | $34.22 | $34.22 |
| United States Trustee | 2950-000 | N/A | $325.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $6,301.72 | $6,301.72 | $6,301.72 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 5800-000 | $69,000.00 | $0.00 | $0.00 | $0.00 |
| | IL DEPT OF REVENEU | 5800-000 | $17,400.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $86,400.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $0.00 | $3,174.58 | $3,174.58 | $22.47 |
| 3 | First Secure Bank & Trust | 7100-000 | $656,501.00 | $656,501.93 | $656,501.93 | $4,645.87 |
| 5 | United Central Bank | 7100-000 | $3,849,955.00 | $3,486,978.53 | $3,486,978.53 | $24,676.31 |
| 7 | National Republic Bank | 7100-000 | $1,245,218.00 | $913,886.68 | $913,886.68 | $6,467.31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | CRE VENTURE | 7100-000 | $448,000.00 | $0.00 | $0.00 | $0.00 |
| | 3 family members of debtor | 7100-000 | $105,000.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,304,674.00 | $5,060,541.72 | $5,060,541.72 | $35,811.96 |

**EXHIBIT "8" - FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Case No.** 12-48451 **Trustee Name:** Allan J. DeMars

**Case Name:** KISHAN N, PATEL **Date Filed (f) or Converted (c):** 8/29/13 (c)

**For Period Ending:** 3/31/15 **§341(a) Meeting Date:** 10/9/13

**Claims Bar Date:** 4/11/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence at 2761 Manu Ct. Glenview, IL | 327,600.00 | 0.00 | | | FA |
| 2 | cash | 100.00 | 0.00 | | | FA |
| 3 | Chase acct | 0.00 | 0.00 | | | FA |
| 4 | furniture | 2,000.00 | 0.00 | | | FA |
| 5 | wearing apparel | 1,500.00 | 0.00 | | | FA |
| 6 | jewelry | 2,000.00 | 0.00 | | | FA |
| 7 | NY Life Policy | 0.00 | 0.00 | | | FA |
| 8 | IRA/Keogh | 4,000.00 | 0.00 | | | FA |
| 9 | 1000 shares Kishan Patel Ins. Serv. | 1,000.00 | 0.00 | | | FA |
| 10 | 4000 shares Milenium Bancorp | unknown | 0.00 | | | FA |
| 11 | 2008 Acura TSX | 10,000.00 | 0.00 | | | FA |
| 12 | office furn | 500.00 | 0.00 | | | FA |
| 13 | equipment and software | 2,000.00 | 0.00 | | | FA |
| | THE FOLLOWING ASSETS WERE NOT ORIGINALLY SCHEDULED BUT WERE ON AMENDED SCHEDULES | | | | | |
| 14 | NY LIFE POLICY(U) | 9,910.00 | 0.00 | | | FA |
| 15 | NY LIFE POLICY(U) | 12,316.00 | 0.00 | | | FA |
| 16 | NY LIFE POLICY(U) | 14,207.00 | 0.00 | | | FA |
| 17 | King Plaza, Inc.(U) | 0.00 | 0.00 | | | FA |
| 18 | Homewood Hospitality Inc. (U) | 0.00 | 0.00 | | | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Shri Krishna Motal(u) | 0.00 | 0.00 | | | FA |
| 20 | Chase Bank- 0460(u) | 23,751.00 | 0.00 | | | FA |
| 21 | Chase Bank- 3606(u) | 6,656.00 | 0.00 | | | FA |
| 22 | ending DIP acct balance (u) | 9,395.63 | 9,395.63 | | 9,395.63 | FA |
| 23 | commissions earned during Chapter 11(u) | 28,280.99 | 28,239.37 | | 28,239.37 | FA |
| 24 | repayment of insider preferences(u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 25 | interest on invested funds (u) | | 0.29 | | 0.29 | FA |

TOTALS (Excluding unknown values) 47,635.29 47,635.29

(Total Dollar Amount in Column 6)

Major activities affecting case closing: debtor repaying to the estate the ending funds in the dip acct (ref 22); commissions earned during the chapter 11 and received by debtor post conversion (ref 23) and repayment of payments to family members (ref 24)

ITEMS 1-16 are either exempt or subject to security interests/liens exceeding the values. ITEMS 17-21 subject to liens

Initial Projected Date of Final Report (TFR): July, 2014 Current Projected Date of Final Report (TFR): 5/29/14

EXHIBIT A9@ - FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 12-48451
Case Name: KISHAN N. PATEL
Taxpayer ID#: xx-xxx6873
For Period Ending: 3/31/15

Trustee's Name: Allan J. DeMars
Bank Name: WELLS FARGO
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Checking acct#: xxxxxx3602

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking acct Balance** |
| 3/14/14 | Ref 23 | from debtor | partial turnover of commissions earned during chapter 11 | 1290-000 | 19,635.00 | | 19,635.00 |
| 4/18/14 | Ref 22,23 | from debtor | REF 23: partial turnover of commissions earned in chp 11 ($4,604.37) and REF 22: turnover of dip funds ($9,395.63) | 1290-000 ($4,604.37) 1290-010 ($9,395.63) | 14,000.00 | | 33,635.00 |
| 4/30/14 | Ref 25 | Wells Fargo | interest on invested funds | 1270-000 | 0.11 | | 33,635.11 |
| 5/16/14 | Ref 25 | Wells Fargo | interest on invested funds | 1270-000 | 0.18 | | 33,635.29 |
| 5/19/14 | Ref 23,24 | from debtor | REF 23: balance of commissions earned in Chp 11 ($4,000.00) and REF 24: return of preferences to insiders | 1290-000 ($4,000.00) 1241-000 ($10,000.00) | 14,000.00 | | 47,635.29 |
| 7/8/14 | Check 1001 | Allan J. DeMars | trustee’s fees; Order 7/8/14 | 2100-000 | | 5,513.53 | 42,121.76 |
| 7/8/14 | Check 1002 | Allan J. DeMars | reimbursement of expenses; Order 7/8/14 | 2200-000 | | 8.08 | 42,113.68 |
| 7/8/14 | Check 1003 | Gregory K. Stern, LLC | atty for debtor fees; claim 8; Docket 137 | 3701-000 | | 5,942.50 | 36,171.18 |
| 7/8/14 | Check 1004 | Gregory K. Stern, LLC | atty for debtor expenses; claim 8, D137 | 3702-000 | | 34.22 | 36,136.96 |
| 7/8/14 | Check 1005 | United States Trustee | claim 9; chapter 11 fees | 2950-000 | | 325.00 | 35,811.96 |
| 7/8/14 | Check 1006 | Discover Bank | 726(a)(2) | 7100-900 | | 22.47 | 35,789.49 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking acct Balance** |
| 7/8/14 | Check 1007 | First Secure Bank & Trust | 726(a)(2) | 7100-000 | | 4,645.87 | 31,143.62 |
| 7/8/14 | Check 1008 | United Central Bank | 726(a)(2) | 7100-000 | | 24,676.31 | 6,467.31 |
| 7/8/14 | Check 1009 | National Republic Bank | 726(a)(2) | 7100-000 | | 6,467.31 | 0.00 |
| | | | | COLUMN TOTALS | 47,635.29 | 47,635.29 | 0.00 |
| | | | Net | | 47,635.29 | 47,635.29 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# xxxxxx3602 | 47,635.29 | 47,635.29 | 0.00 |
| Net | 47,635.29 | 47,635.29 | 0.009 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |